| | | |
|---|---|---|
| | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: Michael Everson | Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Joel MARTIN-MENDEZ

Case: 2:26−mj−30076
Assigned To : Unassigned
Assign. Date : 2/12/2026
Description: CMP USA v Martin−Mendez (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 10, 2026__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a)&(b)(2) | Unlawful Re-entry after Removal from the United States-Prior Aggravated Felony |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael Everson, BPA
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 12, 2026__

_____
Judge's signature

City and state: __Detroit, MI__     Anthony P. Patti, U.S. Magistrate Judge
_____
Printed name and title

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Joel MARTIN-MENDEZ, which reveals the following:

2. MARTIN-MENDEZ is a thirty-three-year-old male, native and citizen of Guatemala, who last entered the United States at or near an unknown place, without being admitted, inspected, or paroled by an Immigration Officer.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a)& (b)(2), unlawful re-entry following removal for aggravated felony conviction, has been committed by Joel MARTIN-MENDEZ.

4. On or about September 1, 2014, MARTIN-MENDEZ was arrested by Chilton County Sheriff's Department in Alabama for Drunk in Public. Court disposition is unknown.

5. On or about September 20, 2023, MARTIN-MENDEZ was arrested by a detective from the Violent Internet Predator Exploitation Response Team (VIPER), who was conducting a human trafficking operation at the Quality Inn & Suites Hotel in Monroe, MI.

6. On September 20, 2023, MARTIN-MENDEZ arrived at the Quality Inn & Suites Hotel in Monroe County, Michigan, intending to receive sexual acts by a minor. The police reports indicate that MARTIN-MENDEZ communicated with an undercover law enforcement officer who portrayed themselves as an underage juvenile. MARTIN-MENDEZ communicated via texts and phone calls, after he responded to a "Skip the Games" advertisement. "Skip the Games" is an online classifieds website primarily known as a platform for advertising escort services and adult entertainment. It is often used for illegal prostitution and is frequently monitored by law enforcement to combat sex trafficking.

7. According to the police reports, in the text conversations, MARTIN-MENDEZ and the undercover law enforcement officer discussed prices for various sex acts.  MARTIN-MENDEZ was told during the conversation that he was speaking with a 15-year-old female.

8. MARTIN-MENDEZ was arrested and charged with Child Sexually Abusive Activity, in violation of MCL750.154C2; Computers-Internet-Communicating with Another to Commit a Crime, in violation of MCL 750.145d(2)(f),  Computers-Internet-Communicating with Another to Commit a Crime, in violation of MCL  750.145d(2)(c) and Children-Accosting for Immoral Purposes, in violation of MCL 750.145a.

9. On or about October 6, 2023, MARTIN-MENDEZ was arrested by Immigration and Customs Enforcement (ICE) at the Monroe County Jail and was transported to Detroit ICE facility for processing. He was issued a Notice to Appear.

10. On or about October 17, 2023, MARTIN-MENDEZ pleaded guilty pursuant to a plea agreement in the 38th Circuit Court to Children-Accosting for Immoral Purposes, in violation of MCL 750.145a, a felony offense, and Attempted Computer-Internet Communication to do a Crime, in violation of MCL 750.145d(2)(c), a felony offense. MARTIN-MENDEZ was sentenced to 17 days' incarceration with 17 days' credit of time served. He was sentenced to 5 years' probation and was ordered to register on the sex offender registry. As part of the sentence, MARTIN-MENDEZ was ordered not to re-enter the United States unlawfully for a period of five 5 years.

11. On or about October 18, 2023, MARTIN-MENDEZ was ordered removed from the United States by an Immigration Judge in Detroit, MI. On October 26, 2023, he was removed to Guatemala through Alexandria, Louisiana.

12. On February 10, 2026, Border Patrol Agents performed a vehicle stop on a white Chevrolet Silverado that was previously identified to be associated with MARTIN-MENDEZ. Border Patrol Agents verified that the driver matched the description of MARTIN-MENDEZA. Agents asked the driver his name. MARTIN-MENDEZ freely admitted his identity and that he was in the United States illegally.

13. Joel MARTIN-MENDEZ's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and

       the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that MARTIN-MENDEZ is a citizen of Guatemala with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that MARTIN-MENDEZ legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

14. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

15. Review of the Alien File (A# xxx xxx 659) for Joel MARTIN-MENDEZ and queries in Department of Homeland Security databases confirm no record exists of MARTIN-MENDEZ obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on October 26, 2023.

16. Based on the above information, I believe there is probable cause to conclude that Joel MARTIN-MENDEZ, is an alien who was found in the United States after removal, and after being convicted of an aggravated felony offense, without obtaining the express permission of the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a) & (b)(2).

_____
Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge

February 12, 2026